| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br>By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: Bayview Loan Servicing, LLC as servicer for the Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-22, Mortgage Pass-Through Certificates, Series 2007-22 | Order Filed on November 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN re:<br><br>Robert C. Mautone<br>    Debtor/Respondent<br><br>Lisa A. Mautone<br>    Co-Debtor/Respondent | Case No.: 17-22297-MBK<br>Chapter: 13<br>Judge: Michael B. Kaplan |

## ORDER VACATING STAY WITH CONDITIONS

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

DATED: November 26, 2018

                                                                   Honorable Michael B. Kaplan
                                                                   United States Bankruptcy Judge

**(Page 2)**
Debtor:  Robert C. Mautone
Co-Debtor: Lisa A. Mautone
Case No: 17-22297-MBK
Caption of Order:  ORDER VACATING STAY WITH CONDITIONS

---

Upon the motion of **Bayview Loan Servicing, LLC as servicer for the Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-22, Mortgage Pass-Through Certificates, Series 2007-22**, or its successors or assignees, under Bankruptcy Code section 362(a) and 1301 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated **effective July 1, 2019** to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒     Real property more fully described as:
25 Roberts Rd, Holmdel, NJ 07733-2065

It is further ORDERED that effective July 1, 2019 the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property;

It is further ORDERED that beginning on November 1, 2018 and continuing each month the automatic stay remains in place, Debtor shall make full monthly mortgage payments in the amount of $4,561.39. Monthly mortgage payments are subject to change pursuant to the requirements of Bankruptcy Rule 3002;

It is further ORDERED that Debtor shall have until July 1, 2019 to pay off the mortgage in full or bring the mortgage contractually current;

**(Page 3)**
Debtor:  Robert C. Mautone
Co-Debtor: Lisa A. Mautone
Case No: 17-22297-MBK
Caption of Order:  ORDER VACATING STAY WITH CONDITIONS

It is further ORDERED that in the event that Debtor becomes thirty days delinquent on his post-petition monthly mortgage payments, movant, or its successors or assignees, may obtain an Order Vacating the Automatic Stay Effective Immediately as to the Collateral by filing, with the Bankruptcy Court, a Certification of Default specifying the Debtor's failure to comply with this Order. At the time the Certification of Default is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney;

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.