Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−22297−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert C. Mautone
   25 Roberts Road
   Holmdel, NJ 07733

Social Security No.:
   xxx−xx−0146

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/13/21.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 13, 2021
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robert C. Mautone  
    Debtor

Case No. 17-22297-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 13, 2021 | Form ID: 148 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert C. Mautone, 25 Roberts Road, Holmdel, NJ 07733-2065 |
| aty | + | KLM Law Firm, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| lm | | Bayview Loan Servicing, LLC, P.O. Box 650091, Dallas, Tx 75265-0091 |
| 516885026 | + | Barron Emergency Physicains, 9550 Regency Square Blvd, Jacksonville, FL 32225-8116 |
| 516885030 | | Department of Environmental Protection, PO Box 420, Trenton, NJ 08625-0420 |
| 516961703 | + | Fister Equities,LLC, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 516885031 | | Hackensack Meridian health, PO Box 650292, Dallas, TX 75265-0292 |
| 516885033 | + | Lisa A. mautone, 25 Roberts Road, Holmdel, NJ 07733-2065 |
| 516885034 | + | Plover Services, PO Box 38024, Philadelphia, PA 19101-0706 |
| 516885035 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518748339 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518748340 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826 Greenville, SC 29603-0826 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516885025 | + | EDI: AMEREXPR.COM | Oct 14 2021 00:23:00 | American Express, Bankruptcy Department, P.O. Box 981540, El Paso, TX 79998-1540 |
| 517039547 | | EDI: BECKLEE.COM | Oct 14 2021 00:23:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516885027 | | Email/Text: bankruptcyletters@hackensackmeridian.org | Oct 13 2021 20:25:00 | Bayshore Community Hospital, PO Box 416752, Boston, MA 02241-6752 |
| 516885028 | + | EDI: LCIBAYLN | Oct 14 2021 00:23:00 | Bayview Loan Servicing, LLC, c/o Community Loan Servicing, LLC, Customer Service Department, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 516885029 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2021 20:23:42 | Credit One Bank, Po Box 60500, City of Industry, CA 91716-0500 |
| 517874196 | | EDI: IRS.COM | Oct 14 2021 00:23:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517075062 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 20:24:01 | LVNV Funding, LLC its successors and assigns |

Case 17-22297-MBK   Doc 92   Filed 10/15/21   Entered 10/16/21 00:15:36   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 148 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517123933 | | EDI: PRA.COM | Oct 14 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516887396 | + | EDI: RMSC.COM | Oct 14 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517156721 | + | EDI: LCIBAYLN | Oct 14 2021 00:23:00 | The Bank of New York Mellon fka* ..., c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516885032 | ##+ | KML Law Group, 216 Haddon Avenue, Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Joseph Casello | on behalf of Debtor Robert C. Mautone jcasello@cvclaw.net  jcasello627@gmail.com |
| Melissa N. Licker | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-22, Mortgage Pass-Through Certificates, Series 2007-22 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor Bayview Loan Servicing  LLC as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2007-22) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 13, 2021 | Form ID: 148 | Total Noticed: 24 |

        USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
        on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-22, Mortgage Pass-Through Certificates, Series 2007-22 ecf@powerskirn.com

William M.E. Powers
        on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-22, Mortgage Pass-Through Certificates, Series 2007-22 ecf@powerskirn.com

William M.E. Powers, III
        on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-22, Mortgage Pass-Through Certificates, Series 2007-22 ecf@powerskirn.com

TOTAL: 10